**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1101 THOMAS P. ONEILL, JR., FEDERAL BUILDING
10 CAUSEWAY STREET
BOSTON, MASSACHUSETTS 0222-1074

**JAMES M. LYNCH**
CLERK

(617)565-6051
FAX (617)565-6087

**WORCESTER OFFICE**
595 MAIN STREET
WORCESTER, MA 01608-2076
(508)793-0518
FAX (508)793-0541

8/3/05

United States District Court
District of Massachusetts
Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608

Bankruptcy Case/Adversary Proceeding In Re: Access Cardiosystems, Inc.
Bankruptcy Case/Adversary Proceeding In Number: AP 05-4076

The following is being transmitted to your court:

- ☒ Copy of Notice of Appeal with Order
- ☒ Copy of Bankruptcy Docket
- ☒ Copy of Election to have appeal heard in District Court
- ☒ Copy of Motion for Leave to Appeal ~~With~~/Without Objections
- ☐ Other

**Please acknowledge receipt of these documents by signing the copy of this letter and returning it to this office for filing.**

☐ United States Bankruptcy Court
1101 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222-1074

☒ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608-2076

Date: 8/3/05

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Yingmay Steele
Deputy Clerk
508-770-8963

Receipt is acknowledged of the enclosures referred to above.
District Court Docket Number: 05-40125 NG
Date: 8-2-05                          By: _____
                                              Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re<br><br>ACCESS CARDIOSYSTEMS, INC.,<br><br>Debtor. | Case No. 05-40809-HJB<br>Chapter 11 |
| ACCESS CARDIOSYSTEMS, INC.,<br>JAMES A. RADLEY, JOHN J. MORIARTY,<br>RICHARD F. CONNOLLY, JR., and<br>JOSEPH R. ZIMMEL,<br><br>Plaintiffs<br>v.<br><br>RANDALL FINCKE,<br><br>Defendant | **05-40125**<br><br>Adv. Proc. No. 05-04076 |

### NOTICE OF APPEAL

The firm of Holland & Knight LLP ("Counsel" or "Holland & Knight"), counsel for the defendant, Randall Fincke ("Fincke" or the "Defendant") hereby gives notice of appeal, pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001, from the judgment, order, or decree of the United States Bankruptcy Court for the District of Massachusetts, Western Division, Boroff, H, denying the *Motion of Holland & Knight LLP to Withdraw as Counsel for Randall Fincke* (the "Motion to Withdraw") entered on July 21, 2005 (the "Order") in the above-captioned adversary proceeding.

The names of all parties to the Order appealed from, and the names, address and telephone numbers of their respective attorneys are as follows:



Plaintiff/Access CardioSystems, Inc.

*Represented by:*

Jeffrey D. Sternklar, Esq.
Barry C. Klickstein, Esq.
Andrew J. Fitzpatrick, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289.9200

Plaintiff/Investors James A. Radley, John J. Moriarty, Richard F. Connolly, Jr., and Joseph R. Zimmell

*Represented by:*

Jerry E. Benezra, Esq.
20 West Emerson Street
Melrose, MA 02176
(781) 662-7335

and

Official Committee of Unsecured Creditors

*Represented by:*

Harold Murphy, Esq.
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108
(617) 423-0400

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Ieuan G. Mahony
Ieuan G. Mahony (BBO # 552349)
David G. Sobol (BBO # 647057)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: August 1, 2005

3

## CERTIFICATE OF SERVICE

    I, Ieuan G. Mahony, of Holland & Knight LLP, hereby certify that on August 1, 2005, I served a copy of the foregoing *Notice of Appeal* by first-class mail, postage prepaid and/or electronic mail upon the attached list of interested parties.

                                                  /s/ Ieuan G. Mahony  
                                                  Ieuan G. Mahony

# 3080318_v1

*In re Access Cardiosystems, Inc.*
Ch. 11 Case No. 05-40809

## Service List

Jeffrey D. Sternklar
Jennifer L. Hertz
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210

Jerry E. Benezra
26 Island Rock
Plymouth, MA 02360

Internal Revenue Service
Special Procedures Function STOP 20800
P.O. Box 9112
JFK Federal Building
15 New Sudbury Street
Boston, MA 02203

Lawrence G. Green, Esq.
Perkins Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02109-3106

Jesse Garringer
Matrx Medical Inc.
210 Gats Road
Ballentine, SC 29002

Deryl Santo
Aved Electronics Inc.
59 Technology Drive
Lowell, MA 01851-2729

Jeffrey O. Parshall
Ford, Parshall & Baker, LLC
609 E. Walnut Street
Columbia, MO 65201

William S. Pritchard
Pritchard, McCall & Jones LLC
800 Financial Center
505 N. 20th Street
Birmingham, AL 35203

Richard King
Assistant U.S. Trustee
Office of the United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

CIT Communications Finance Corp.
1 CIT Drive
Livingston, NJ 07039

Massachusetts Department of Revenue
Bankruptcy Unit
200 Arlington Street
Chelsea, MA 02150

Kurt Waldren
SMTEK International, Inc.
200 Science Drive
Dept. 2874
Moorpark, CA 93021

David M. Barash
428 Lowell Road
Concord, MA 01742

Kim Spaner
Ropes & Gray
One International Place
Boston, MA 02110-2624

Sheila Gayatari
Gayatari Software
28 Newcastle Drive, No. 9
Nashua, NH 03060

Bob Treadwell
Healthcare Tech. Intl. Ltd.
15/F., Blk B
Veristrong Ind. Centre
34-46 Au Pui Wan Street
Fotan, NT

Arthur M. Dolby
R.L. Dolby & Company, Ltd.
Monitor House
Kerse Road
Stirling
Scotland FK7 7RZ

Kevin Hewlett
Katecho, Inc.
4020 Gannett Avenue
Des Moines, IA 50321

Brian Healey
79 Beaver Brook Road
North Andover, MA 01845

Mark Pandiscio
Pandiscio & Pandiscio, P.C.
470 Totten Pond Road
Waltham, MA 02451

Steven Goldstein
United Emergency Networks, Inc.
1214 East 35 Street
Brooklyn, NY 11210

Harold B. Murphy
Jesse I. Redlener
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108

Jerry E. Benezra, Esq.
20 West Emerson Street
Melrose, MA 02176
(781) 662-7335

Sherry Dixon
All Mold, Inc.
3841 Buffalo Road
Rochester, NY 14624

Craig J. Lewandowski
Merrill Communications, LLC
1 Merrill Circle
St. Paul, MN 55108

John Devlin
Lane Powell Spears Lubersky
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Mark H. Totman
38 Jefferson Road
Winchester, MA 01890

Jim Bleck
Bleck Design Group
51 Middlesex Street
No. Chelmsford, MA 01863

Mr. Randall W. Fincke
72 Bristers Avenue
Concord, MA 01742

# 2668328_v1