UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  **ACCESS CARDIOSYSTEMS, INC.**

**BANKRUPTCY APPEAL**

CIVIL ACTION NO. **05cv40125NG**

**O R D E R**

**GERTNER,   D. J.**

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on **8/3/2005**,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before **8/24/2005** and the Appellee's brief shall be filed on or before **9/8/05**. The Appellant may file and serve a reply brief on or before **9/19/2005**.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal.  Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

**8/9/2005**
Date

/s/ JENNIFER FILO
Deputy Clerk

(BKAppeal Bro.wpd - 12/98)                                                                                           [bro.]