UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Access Cardiosystems, Inc. et al v. Fincke

Chapter 11
Adversary Proceeding 05-04076
Judge Henry J. Boroff   5b

## CLERK'S CERTIFICATION FOR TRANSMITTAL
## OF RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **Access Cardiosystems, Inc. 05-40809 (D.C. # 05-40125)**

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER, IN THE DISTRICT OF MASSACHUSETTS, THIS 31st DAY OF AUGUST.

Date: 8/31/05

James M. Lynch
Clerk, U.S. Bankruptcy Court



By the Court,

Yingmay Steele

Deputy Clerk
(508) 770-8963

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this 31 day of August 2005.

This case has been assigned No._____.

DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In Re:<br><br>ACCESS CARDIOSYSTEMS, INC.<br><br>Debtor.<br><br>ACCESS CARDIOSYSTEMS, INC.,<br>JAMES A. RADLEY, JOHN J. MORIARTY<br>RICHARD F. CONNOLLY, JR. and<br>JOSEPH R. ZIMMELL,<br><br>Plaintiffs<br><br>v.<br><br>RANDALL FINCKE,<br><br>Defendant | Chapter 11<br>Case 05-40809-HJB<br><br><br><br><br><br>Adversary Proceeding<br>No. 05-04076 |

## STATEMENT OF ISSUES ON APPEAL

The appellant, Randall Fincke ("Fincke"), pursuant to Bankruptcy Rule 8006, hereby files his Statement of Issues to be presented on appeal. Specifically, the issues to be presented are as follows:

1. Whether the United States Bankruptcy Court, District of Massachusetts, Western Division ("Bankruptcy Court") erred in entering its Order denying the Motion of Holland & Knight LLP to Withdraw as Counsel for Randall Fincke.

Respectfully submitted,

RANDALL FINCKE,

By his attorneys,

HOLLAND & KNIGHT LLP

/s/ Ieuan G. Mahony
Ieuan G. Mahony (BBO # 552349)
David G. Sobol (BBO # 647057)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: August 11, 2005

## CERTIFICATE OF SERVICE

I, Ieuan G. Mahony, counsel to Randall Fincke, do hereby certify that on this 11th day of August, 2005, I served a copy of the foregoing Statement of Issues on Appeal upon the attached list of parties by hand delivery.

/s/ Ieuan G. Mahony

# 3134313_v1

*In re Access Cardiosystems, Inc.*
*U.S. Bankruptcy Court Adv. Proc. No 05-04076*
*Appeal to U.S. District Court*

## Service List

Barry C. Klickstein
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210

Christian J. Urbano
Hanify & King P.C.
One Beacon Street
21st Floor
Boston, MA 02108-3107

Jerry E. Benezra
20 West Emerson Street
Melrose, MA 02176

# 3136104_v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.