```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| In re:                              ) | |
|    ACCESS CARDIOSYSTEMS, INC.,      ) | |
|    Debtor,                          ) | |
|                                     ) | |
| In the matter of RANDALL FINCKE,    ) | Bankruptcy Appeal |
|    Appellant,                       ) | No. 05-40125-NG |
|                                     ) | |
|    v.                               ) | |
|                                     ) | |
| ACCESS CARDIOSYSTEMS, INC., et al.,) | |
|    Appellees.                       ) | |

**GERTNER, D.J.:**

## ORDER OF DISMISSAL

Pursuant to this Court's scheduling order entered on August 9, 2005, [docket entry # 2], appellant was directed to file a brief on or before August 24, 2005. The Order specifically stated "Failure of the appellant to file a brief on the date set forth above will result in the entry of an order dismissing the appeal." Appellant never filed a brief. Accordingly, appellant's pending appeal is hereby **DISMISSED WITH PREJUDICE** for want of prosecution.

**SO ORDERED.**

Date: December 14, 2005        /s/NANCY GERTNER, U.S.D.J.