UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>ACCESS CARDIOSYSTEMS, INC.,<br><br>                  Debtor. | |
| In the matter of RANDALL FINCKE,<br><br>                  Appellant,<br>v.<br><br>ACCESS CARDIOSYSTEMS, INC., et al,<br><br>                  Appellees | Bankruptcy Appeal<br>No. 05-40125-NG |

## MOTION FOR RECONSIDERATION OF ORDER OF DISMISSAL

The appellant, Randall Fincke ("Fincke"), hereby moves for reconsideration of the Order of Dismissal entered in this case dated December 14, 2005. As grounds for this Motion, Fincke states the following:

    1.      Fincke's appellate brief was due on or before August 24, 2005.

    2.      The Order of Dismissal gives, as grounds, Fincke's presumed failure to file his brief by August 24, 2005. As demonstrated below, however, Fincke did in fact file his brief on August 24, 2005, in a timely manner.

    3.      On August 24, 2005, Fincke hand-delivered his Brief of Appellant and Record Appendix (collectively, his "Brief") properly addressed to the Office of the Clerk for the U.S. District Court, 1 Courthouse Way, Boston, MA at 1:38 p.m. Attached as Exhibit A is a copy of the date-stamped cover letter to the Court, enclosing this brief.

    4.      Attached as Exhibit B is a copy of the Messenger Ticket for this August 24, 2005 delivery.

5. In addition to hand-delivering the Brief to the Court, Fincke served copies of same via electronic mail and/or first class mail on counsel of record for the plaintiffs, as indicated on the Certificate of Service attached to the Brief.

6. The plaintiffs' counsel filed their opposition to Fincke's Brief in a timely manner, demonstrating their receipt of this Brief.

7. On December 15, 2005, the Court issued an Order of Dismissal for failure of Fincke to file a brief on the specified date, dismissing this case with prejudice and for want of prosecution

8. Immediately, after receiving the Order of Dismissal, defendant's counsel discovered that the courier service had inadvertently delivered the Brief to the U.S. Court of Appeals for the First Circuit, which is located at the same address as the U.S. District Court.

9. On that same date, Daniel Hampton, Esq., on behalf of Fincke, telephoned the U.S. Court of Appeals to determine the whereabouts of the Brief, and was advised by the clerk that mail addressed to the U.S. District Court is frequently misdirected to the Court of Appeals (due to the fact that the two courts are located at the same address), and that clerks from the Court of Appeals deliver misdirected items to the U.S. District Court. It appears that Fincke's Brief was not delivered in this manner.

10. Plaintiffs counsel agree that they were timely served with Fincke's Brief, and do not oppose this motion for reconsideration.

WHEREFORE, Randall Fincke respectfully requests that this Court enter an Order:

1. vacating the Order of Dismissal entered on December 14, 2005; and

2. granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

RANDALL FINCKE,

By his counsel,

HOLLAND & KNIGHT LLP


/s/ Ieuan G. Mahony
Ieuan G. Mahony (BBO # 552349)
David G. Sobol (BBO # 647057)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated:  December 20, 2005

## CERTIFICATE OF SERVICE

I, Ieuan G. Mahony, counsel to Randall Fincke, hereby certify that on December 20, 2005, I served a copy of the foregoing *Motion* by first-class mail, postage prepaid and/or electronic mail upon the attached list of interested parties.

/s/ Ieuan G. Mahony
Ieuan G. Mahony

# 3457414_v2

**EXHIBIT A**

# Holland + Knight

Tel 617 523 2700
Fax 617 523 6850

Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
www.hklaw.com

COPY

August 24, 2005

**SHANNAN E. WHALEN**
617-854-1455
Internet Address:
shannan.whalen@hklaw.com

**<u>By Hand Delivery</u>**

Office of the Clerk
U.S. District Court
1 Courthouse Way
Boston, Massachusetts 02210

Re:   *In re Randall Fincke v. Access Cardiosystems, Inc., et al.*
      *Appeal No. 4:05-cv-40125-NG*

Dear Sir or Madam:

Enclosed please find the following documents for filing in connection with the above-captioned appeal:

1) Brief of Appellee, Randall Fincke; and

2) Record Appendix.

Thank you for your attention to this matter.

Very truly yours,

Shannan E. Whalen
Paralegal

SEW
Enclosures

# 3171735_v1

# Holland + Knight

Tel 617 523 2700
Fax 617 523 6850

Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
www.hklaw.com

August 24, 2005

SHANNAN E. WHALEN
617-854-1455
Internet Address:
shannan.whalen@hklaw.com

**_By Hand Delivery_**

Office of the Clerk
U.S. District Court
1 Courthouse Way
Boston, Massachusetts 02210

    Re:   *In re Randall Fincke v. Access Cardiosystems, Inc., et al.*
            *Appeal No. 4:05-cv-40125-NG*

Dear Sir or Madam:

Enclosed please find the following documents for filing in connection with the above-captioned appeal:

1) Brief of Appellee, Randall Fincke; and

2) Record Appendix.

Thank you for your attention to this matter.

Very truly yours,

Shannan E. Whalen
Paralegal

SEW
Enclosures

# 3171735_v1

**EXHIBIT B**

**HOLLAND & KNIGHT LLP**

# Mail/Messenger Ticket

**Date Requested:** 0 8 2 4 0 5

**Mail on or Before:**

**Time:** ☐ AM ☐ PM

**Deliver on or Before:** 0 8 2 4 0 5

**Time:** 2 0 0 AM / (PM)

Please check one of the following:

☒ Delivery    ☐ Pick-Up    ☒ Round Trip    ☐ US Mail (Regular, Certified, Registered, Insured)

**Requested by:** michelle / 16m    **Ext.** 71483    **Requester ID:** _____

**Client/Matter Name:** Fincke    **Client/Matter #:** 093805-00051

**To:**
**Name:** Office of the Clerk    **Company Name:** U.S. District Court
**Company Address:** One Courthouse Way, Boston, Ma 02210

**Special Instructions:**
Please have messenger get copy of cover letter date-stamped. Thank you.

Jose
116

**FOR PBMS USE ONLY**

| RECEIVED BY velez | TIME RECEIVED | CONTROL# | MESSENGER INFORMATION |
|---|---|---|---|
| COST | TIME IN | TIME PICKED UP | RETURN TIME |



**Pitney Bowes Management Services**

9/8/2003