UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ACCESS CARDIOSYSTEMS, INC., | ) | Case No. 05-40809-HJB |
|     Debtor. | ) | |
| | ) | |
| ACCESS CARDIOSYSTEMS, INC., | ) | |
| NORTH AMERICAN ENTERPRISES, INC., | ) | |
| JOHN J. MORIARTY, | ) | |
| JOHN MORIARTY & ASSOCIATES, | ) | |
| RICHARD F. CONNOLLY, JR., | ) | |
| AND JOSEPH R. ZIMMEL, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF ACCESS | ) | |
| CARDIOSYSTEMS, INC., | ) | |
|     Plaintiff-Intervenors, | ) | |
| | ) | |
|     v. | ) | Adv. P. No. 05-4076 |
| | ) | |
| RANDALL FINCKE, | ) | |
|     Defendant. | ) | |
| | ) | |

COUNTER-DESIGNATION OF ITEMS TO
BE INCLUDED IN THE RECORD ON APPEAL[1]

Pursuant to Fed. R. Bankr. P. 8006, Access CardioSystems, Inc., North American

Enterprises, Inc., John J. Moriarty, John Moriarty & Associates, Richard F. Connolly, Jr., and

Joseph R. Zimmel (the "Appellees"), hereby designate the following additional items to be

included in the record relative to the Defendant Randall Fincke's appeal of the Partial Judgment

of the United States Bankruptcy Court for the District of Massachusetts, Western Division

---

1 This designation is being filed in both the District Court and the Bankruptcy Court out of an abundance of caution
to ensure that it is filed with the proper court.

2 Hard copies of the items designated herein will be delivered to the Bankruptcy Court Clerk.

(Boroff, U.S.B.J.) (the "Bankruptcy Court"), granting Motion of Plaintiff Access CardioSystems, Inc. for Partial Summary Judgment, which was entered on March 31, 2006 in the above-captioned adversary proceeding.

**Designation of Additional Items to be Included in the Record on Appeal**

| Date | Description |
|------|-------------|
| May 25, 2005 | Pre-Trial Stipulation |
| October 21, 2005 | Affidavit of Michael E. Grosberg In Response To Defendant's Motion For Summary Judgment |
| December 19, 2005 | Chalks submitted to Bankruptcy Court in support of Plaintiff's Motion For Partial Summary Judgment and in opposition to Defendant's Motion For Partial Summary Judgment |
| March 31, 2006 | Order denying motion filed by Defendant Randall Fincke for partial summary judgment. |

DM1\630866.1

Respectfully submitted,

ACCESS CARDIOSYSTEMS, INC.,

NORTH AMERICAN ENTERPRISES,
INC., JOHN J. MORIARTY, JOHN
MORIARTY & ASSOCIATES,
RICHARD F. CONNOLLY, JR.,
AND JOSEPH R. ZIMMEL,

By its attorneys,

By their attorney,

/s/ Barry L. Klickstein
Anthony J. Fitzpatrick (BBO # 564324)
Barry L. Klickstein (BBO # 275160)
Duane Morris LLP
470 Atlantic Avenue
Boston, MA 02210
(617) 289-9200

/s/ Jerry E. Benezra
Jerry E. Benezra (BBO # 037100)
26 Island Rock
Plymouth, MA 02360
(508) 209-0077

May 1, 2006

DM1\630866.1

<u>**CERTIFICATE OF SERVICE**</u>

I, Barry C. Klickstein, hereby certify that on the 1st day of May, 2006, I caused true and correct copies of the foregoing document to be served, via first class mail postage prepaid and/or electronic mail on those parties listed below:

Richard T. King, Esq.
Assistant U.S. Trustee
Office of the United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608
Tel:    508-793-0555
Fax:    508-793-0558
email: Richard.t.king@usdoj.gov

Jerry E. Benezra
26 Island Rock
Plymouth MA  02360
Fax:    508-861-1597
email:  jeblaw@benezra.net

Harold B. Murphy, Esq.
Hanify & King P.C.
One Beacon Street
Boston, MA 02110
Tel:    617-423-0400
Fax:    617-556-8985
Email: jir@hanify.com
*Counsel for the Official Committee of Unsecured Creditors*

David G. Sobol, Esq.
Ieuan G. Mahony, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Tel:    617-523-2700
*Counsel for Randall Fincke*

/s/ Barry C. Klickstein
Barry C. Klickstein  (BBO # 275160)
DUANE MORRIS LLP
470 Atlantic Avenue
Boston, MA 02210
Telephone:  617-289-9200

4