UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:                                      )<br>    ACCESS CARDIOSYSTEMS, INC.,     )<br>    Debtor,                              )<br>                                         )<br>In the matter of RANDALL FINCKE,     )<br>    Appellant,                           )<br>                                         )<br>    v.                                   )<br>                                         )<br>ACCESS CARDIOSYSTEMS, INC., et al.,)<br>    Appellees.                           ) | Bankruptcy Appeal<br>No. 05-40125-NG |

GERTNER, D.J.:

### ORDER OF DISMISSAL

For the reasons stated in this Court's electronic order dated June 26, 2006, appellant's pending appeal is hereby **DISMISSED WITH PREJUDICE** and appellee is instructed to submit a bill of costs, not including attorney's fees, by July 10, 2006.

**SO ORDERED.**

Date: June 28, 2006      /s/NANCY GERTNER, U.S.D.J.